# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

David Antonio Aviles Perez

**Plaintiff,**

**V.**

See Attached

**Defendant.**

**Civil Action No.** 26-cv-04706-JO-DEB

## JUDGMENT IN A CIVIL CASE

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Petition for Writ of Habeas Corpus and the case is hereby closed.

**Date:** 8/26/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ G. West
G. West, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-04706-JO-DEB

Todd Blanche, U.S. General Attorney; Executive Office for Immigration Review (EOIR);

Markwayne Mullin, Secretary, United States Department of Homeland Security;

Todd Lyons, Director of ICE;

Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center;

Patrick Divver, San Diego Field Office Director, Enforcement and Removal Operations, United States and Customs Enforcement (ICE);

Donald J. Trump, President of the United States.