UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DAVID ANTONIO AVILES PEREZ,
Petitioner,

v.

TODD BLANCHE, et al.,
Respondents.

Case No.: 26-cv-4706-JO-DEB

**ORDER TO SHOW CAUSE**

On August 18, 2026, the Court ordered Respondents to file a return to Petitioner David Antonio Aviles Perez's petition for a writ of habeas corpus. Dkt. 4. The Court expressly directed Respondents to "identify and address any individualized concerns regarding Petitioner's danger to the community" in their response and provide the factual basis for such concerns. *Id.* On August 26, 2026, Assistant United States Attorney Michael Damon Wallace filed a return to the petition on behalf of Respondents. Dkt. 6. This brief failed to provide Petitioner's criminal history or information that he presents a danger to the community despite the Court's explicit order to do so—and despite the fact that Attorney Wallace and the United States Attorney's Office representing Immigration and Customs Enforcement and Department of Homeland Security were in possession of this

information as early as August 19, 2026. *See* Dkt. 13-1, Decl. of Michael Damon Wallace ¶ 4 ("When I was initially assigned this case on August 19, 2026 . . . ICE had communicated to the U.S. Attorney's Office that Petitioner had a criminal history that includes a red notice and arrest warrant from El Salvador"). Based on Attorney Wallace and Respondents' filing that did not identify any danger concerns, the Court ordered Petitioner's release on August 27, 2026. Dkts. 7, 8. Attorney Wallace and the United States Attorney's Office released Petitioner without seeking to belatedly provide this information and requesting that the Court reconsider or modify its release order. Dkt. 10. After Petitioner's release, on September 5, 2026, Department of Homeland Security issued a press release titled "Biden-Appointed Activist Judge in California Releases MS-13 Gang Member Wanted for Murder in El Salvador," stating that "this radical activist judge has put American lives at risk by releasing a wanted murderer."[1]

The Court issues an Order to Show Cause why sanctions should not be imposed against Assistant United States Attorney Michael Damon Wallace and the United States Attorney's Office for failing to provide necessary information regarding Petitioner's dangerousness, despite an express order of the Court on August 18, 2026 requiring Respondents to do so. Attorney Wallace from the United States Attorney's Office represents that he was in possession of this information as early as August 19, 2026, yet inadvertently failed to provide this information to the Court. Dkt. 13-1 ¶ 4. By September 14, 2026 at 5 p.m., Attorney Wallace and the United States Attorney's Office are to address the following:

1. How and when Attorney Wallace became aware of this failure to inform the Court;

[1] *Biden-Appointed Activist Judge in California Releases MS-13 Gang Member Wanted for Murder in El Salvador*, U.S. Dep't of Homeland Sec. (Sept. 5, 2026), https://www.dhs.gov/news/2026/09/05/biden-appointed-activist-judge-california-releases-ms-13-gang-member-wanted-murder.

2. Why Attorney Wallace failed to seek reconsideration or modification of the Court's August 26, 2026 release order *prior* to executing the Court's order (allowing 12 days to pass without belatedly providing this information);
3. Communications Attorney Wallace and United States Attorney's Office has had with the Department of Homeland Security regarding the government's failure to provide the Court with information concerning Petitioner's dangerousness prior to the Department of Homeland Security's September 5, 2026 press release (attach all copies); and
4. Any communications the United States Attorney's Office has had with the public regarding the fact that the government had not provided the Court with information concerning Petitioner's dangerousness prior to its release order.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Honorable Jinsook Ohta
United States District Judge