UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTONIO AVILES PEREZ,<br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br>Respondents. | Case No.: 26-cv-4706-JO-DEB<br><br>**AMENDED ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

For the reasons stated on the record, the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. Within two weeks (*i.e.*, September 22, 2026), Respondents shall provide Petitioner with an individualized bond hearing before a neutral immigration judge where the government bears the burden of proving by clear and convincing evidence that Petitioner is a danger to the community or such a flight risk that no amount of bond or alternative conditions of release "would suffice to ensure his future appearance." *Hernandez v. Sessions*, 872 F.3d 976, 983, 990–91 n. 18 (9th Cir. 2017); *see also Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir.

2011). In setting the amount of bond, the immigration judge must consider Petitioner's financial circumstances and alternative conditions of release as set forth in *Hernandez,* 872 F.3d at 990–91. Respondents may detain Petitioner for the purpose of conducting this bond hearing.

2. By September 23, 2026, Respondents shall file a declaration confirming that Petitioner has been provided a bond hearing in compliance with this order, reporting the outcome of the hearing, and attaching the immigration judge's order.

3. A written order on Respondents' motion for reconsideration will follow.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Honorable Jinsook Ohta
United States District Judge